



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| ZOYA COMPANY et al<br><br>Plaintiffs,<br><br>vs.<br><br>NIOS, INC.<br><br>Defendant. | Case No. 1:13cv780<br><br>**MOTION FOR PRO HAC VICE**<br>**Under Local Civil Rule 83.5** |

Pursuant to Local Civil Rule 83.5(h) of the United States District Court in the Northern District of Ohio, Heidi L. Pliam and the firm of IngenaLaw Professional Corp. hereby move that Heidi L. Pliam be admitted pro hac vice to practice as an out-of-state attorney before the bar of this Court. This request is for the limited purpose of representing Nios, Inc. in the above-captioned case. In support of this Motion, the following information as required by Rule 83.5(h) is submitted:

1. Heidi L. Pliam is the Managing Attorney in the law firm of IngenaLaw Professional Corp. having the following contact information:

| | |
|---|---|
| Address: | 222 9th Street South, Suite 1600<br>Minneapolis, MN 55402 |
| Telephone No: | 612-781-4426 |
| E-mail Address: | heidip@ingenalaw.com |

2. Ms. Pliam is a 1997 honors graduate of William Mitchell School of Law.

3. Ms. Pliam was admitted to practice before the Minnesota Supreme Court on October 24, 1997 (Bar No. 0278634)

4. Additionally, Ms. Pliam has been admitted to practice before the United States District Court for the District of Minnesota in 1997 and again in 2012, as well as the United States Court of Appeals for the Eighth Circuit in 2012.

5. Ms. Pliam affirms that she is a member in good standing of all the bars set forth above, and is not currently, nor has she ever been, under suspension or disbarment from any bar.

6. Ms. Pliam does hereby attest under penalty of perjury to the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that she be admitted pro hac vice to the bar of this Court and be allowed to appear in the instant matter.

Respectfully Submitted,

_____
Heidi L. Pliam (MN Bar No. 0278634)
INGENA LAW PROFESSIONAL CORP.
222 9th Street South, Suite 1600
Minneapolis, MN 55402
(612)781-4426
heidip@ingenalaw.com