UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

> 7/9/13
> Motion to Stay Denied at this time. Counsel may participate in CMC on 7/24/13 by phone.
> Donald C. Nugent

| | |
|---|---|
| ZOYA COMPANY et al<br><br>Plaintiffs,<br><br>vs.<br><br>NIOS, INC.<br><br>Defendant. | Civil Action No. 1-13-cv-780 |

### Nios's Motion to Stay the Current Proceeding Pending Outcome of Its Motion to Dismiss

Defendant, Nios, Inc. ("Nios") respectfully moves this Court for a stay of proceedings in the above-captioned case, until resolution of Defendant's May 15, 2013 Motion to Dismiss is decided by this Court. Should the Court deny this current Motion to Stay Proceedings and/or Defendant's Motion to Dismiss, Defendant alternatively requests that the Court permit Defendant to participate via telephone in any conferences scheduled before this Court, most immediately, the upcoming July 24, 2013 case management conference.